# Third District Court of Appeal

## State of Florida

Opinion filed November 12, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-372
Lower Tribunal No. 18-6623
_____

**Arlene Zee,**
Appellant,

vs.

**Wilmington Savings Fund Society, FSB, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Neustein Law Group, P.A., and Nicole R. Moskowitz, for appellant.

Howard Law Group, and Shakiva L. Brown (Boca Raton), for appellee.

Before LOGUE, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed. Bartram v. U.S. Bank Nat'l Ass'n, 211 So. 3d 1009, 1012 (Fla. 2016) ("When a mortgage foreclosure action is involuntarily dismissed pursuant

to Rule 1.420(b), either with or without prejudice, the effect of the involuntary dismissal is revocation of the acceleration, which then reinstates the mortgagor's right to continue to make payments on the note and the right of the mortgagee, to seek acceleration and foreclosure based on the mortgagor's subsequent defaults. Accordingly, the statute of limitations does not continue to run on the amount due under the note and mortgage.").